DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE OSORIO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1263

[November 7, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 13-007734CF10A.

Jose F. Osorio, Bowling Green, pro se.

No appearance required by appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***